IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

    Plaintiff,

vs.                                                                                   No. CIV-14-964 KBM-SCY

CITY OF ALBUQUERQUE,
a Municipal Entity Organized Under
the Laws of the State of New Mexico
and its subsidiaries the Albuquerque
Police Department,

ANDY FITZGERALD,
in his individual capacity as a security officer
employed by the Albuquerque Transit Dept.,
Security Div.,

AKEEM POWDRELL,
in his individual capacity as a security officer
employed by the Albuquerque Transit Dept.,
Security Div.

DANIEL GALVAN,
in his individual capacity as an officer
employed by the Albuquerque Police Dept.,

AMY MARKWICK,
in her individual capacity as an officer
employed by the Albuquerque Police Dept.

    Defendants.

## ENTRY OF APPEARANCE

    The firm of Wiggins, Williams & Wiggins, P.C. (Patricia G. Williams, Esq.) hereby enters its appearance on behalf of the Defendant, Akeem Powdrell, in the above-entitled matter.

1

WIGGINS, WILLIAMS & WIGGINS, P.C.
a Professional Corporation,


By s/s Patricia G. Williams
   Patricia G. Williams, Esq.
   1803 Rio Grande NW
   Albuquerque, New Mexico
   P.O. Box 1308
   Albuquerque, NM  87103
   505-764-8400 (O)
   505-764-8585 (F)
   pwilliams@wwwlaw.us


I hereby certify that a true and correct
copy of the foregoing Entry of Appearance
was emailed and mailed to opposing counsel
of record this 31st day of October, 2014.

*s/s Patricia G. Williams*