IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

    Plaintiff,

vs.                                              No. CIV-14-964 KBM-SCY

CITY OF ALBUQUERQUE,
a Municipal Entity Organized Under
the Laws of the State of New Mexico
and its subsidiaries the Albuquerque
Police Department,

ANDY FITZGERALD,
in his individual capacity as a security officer
employed by the Albuquerque Transit Dept.,
Security Div.,

AKEEM POWDRELL,
in his individual capacity as a security officer
employed by the Albuquerque Transit Dept.,
Security Div.

DANIEL GALVAN,
in his individual capacity as an officer
employed by the Albuquerque Police Dept.,

AMY MARKWICK,
in her individual capacity as an officer
employed by the Albuquerque Police Dept.

    Defendants.

## CONSENT TO REMOVAL

Defendant Akeem Powdrell hereby consents to Removal of the Action entitled *Alfonso Hernandez vs. City of Albuquerque, Andy Fitzgerald, Akeem Powdrell, Daniel Galvan and Amy Markwick*, filed in the Second Judicial District Court for the State of New Mexico, County of Bernalillo and assigned Case No. D-202-CV-2014-05396 to the United States District Court for the District of New Mexico.

WIGGINS, WILLIAMS & WIGGINS
A Professional Corporation

By *s/ Patricia G. Williams*
    Patricia G. Williams
Attorneys for Defendant Akeem Powdrell
1803 Rio Grande Blvd., N.W. (87104)
P. O. Box 1308
Albuquerque, New Mexico 87103-1308
(505) 764-8400