IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ALFONSO HERNANDEZ,**

      **Plaintiff,**

vs.                                                  No.  1:14-cv-00964 KBM-SCY

**CITY OF ALBUQUERQUE, a Municipal
Entity Organized Under the Laws of the
State of New Mexico and its subsidiaries
the Albuquerque Police Department,
ANDY FITZGERALD, in his individual
capacity as a security officer employed by
the Albuquerque Transit Dept., Security
DIV., AKEEM POWDRELL, in his
individual capacity as a security officer
employed by the Albuquerque Transit Dept.,
Security Div, DANIEL GALVAN, in his
individual capacity as an officer employed by
the Albuquerque Police Department,
AMY MARKWICK, in her individual
capacity as an officer employed by the
Albuquerque Police Department,**

      **Defendants.**

## NOTICE OF CONSENT TO REMOVAL

Defendant City of Albuquerque, by and through Assistant City Attorney, Trisha A. Walker, hereby gives notice of its consent to removal of the action filed in the Second Judicial District Court for the State of New Mexico, County of Bernalillo, Case No. CV-2014-05396 to the United States District Court for the District of New Mexico.  Defendant City of Albuquerque was served on October 28, 2014.

Respectfully Submitted,

CITY OF ALBUQUERQUE
David Tourek
City Attorney

/s/ Trisha A. Walker
Trisha A. Walker
Assistant City Attorney
*Attorney for Defendant Daniel Galvan*
P. O. Box 2248
Albuquerque, New Mexico 87l03
(505) 768-4500

I hereby certify that a true copy of the foregoing was filed electronically and copy served electronically to:

Anna C. Martinez
Aequitas Law, LLC
P.O. Box 25304
Albuquerque, NM 87125
(505) 750-8005
anna@aequitas.pro
*Attorney for Plaintiff*

Jonlyn M. Martinez
PO Box 1805
Albuquerque, New Mexico  87103-1805
(505) 247-9488
jonlyn@jmartinezlaw.net
*Attorney for Defendant Andy Fitzgerald*

on this 3rd day of November, 2014.

/s/ Trisha A. Walker
Trisha A. Walker
Assistant City Attorney