IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

    Plaintiff,

v.                                              CIV. No. 14-964 KG/SCY

CITY OF ALBUQUERQUE *et al.*,

    Defendants.

## ORDER SETTING CASE MANAGEMENT DEADLINES AND DISCOVERY PARAMETERS

THIS MATTER came before the Court on a Rule 16 scheduling conference held on January 7, 2015. Following a review of the attorneys' Joint Status Report and Provisional Discovery Plan, and after conferring with counsel, the Court will permit the following discovery:

    a)    Maximum of twenty-five (25) Interrogatories between Plaintiff and Defendants;

    b)    Maximum of twenty-five (25 Requests for Production between Plaintiff and Defendants;

    c)    Maximum of twenty-five (25) Requests for Admission between Plaintiffs and Defendants;

    d)    Maximum of eight (8) depositions by Plaintiff and eight (8) depositions by Defendants; and

    e)    Depositions of parties, Rule 30(b)(6) designees and experts are limited to seven (7) hours, and depositions of all other witnesses are limited to four (4) hours, unless extended by agreement of the parties.

Service of interrogatories or requests for production shall be considered timely only if the responses are due prior to the deadline.  A notice to take deposition shall be considered timely only if the deposition takes place prior to the deadline.

The Court has set the following management deadlines:

| | | |
|---|---|---|
| a) | Deadline for Plaintiff to amend pleadings or add additional parties: | January 23, 2015 |
| b) | Deadline for Defendants to amend pleadings or add additional parties: | February 23, 2015 |
| c) | Plaintiff's Rule 26(a)(2) expert disclosure[1]: | March 30, 2015 |
| d) | Defendants' Rule 26(a)(2) expert disclosure[1]: | April 29, 2015 |
| e) | Termination date for discovery: | May 29, 2015 |
| f) | Motions relating to discovery to be filed by: | June 26, 2015 |
| g) | Pretrial motions other than discovery motions (including motions which may require a *Daubert* hearing) filed by: | July 6, 2015 |
| h) | Pretrial Order: Plaintiff to Defendants by: | August 21, 2015 |
| | Defendants to Court by: | September 4, 2015 |

Any extension of the case management deadlines must be approved by the Court.  Any requests for additional discovery must be submitted to the Court by motion prior to the expiration of the discovery.

**IT IS SO ORDERED.**

_____
**STEVEN C. YARBROUGH**
**United States Magistrate Judge**

---

[1] Parties must disclose the names of all expert witnesses, including treating physicians, the subject matter on which the experts will present evidence, and a summary of the facts and opinions to which the experts are expected to testify by this date. Experts who are retained or specifically employed to provide expert testimony must also submit an expert report by this date. *See* Fed. R. Civ. P. 26(a)(2).  The parties must have their retained expert(s) ready to be deposed at the time they identify them and provide their reports. Expert witnesses who are not required to provide a written report may be deposed before summary disclosure.