IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

    Plaintiff,

vs.                                                                NO. CIV-14-964-KG/SCY

CITY OF ALBUQUERQUE, et al.

    Defendants.

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on January 7, 2015 , the original and one copy of Defendant Fitzgerald's First Set of Interrogatories and Defendant Fitzgerald's First Set of Requests for Production of Documents, together with a copy of this Certificate of Service, were mailed to Plaintiff's counsel of record at the following address:

    Anna C. Martinez
    P.O. Box 25304
    Albuquerque, NM 87125-0304
    (505) 750-8005

                    Respectfully submitted,

                    LAW OFFICE OF JONLYN M. MARTINEZ, LLC

                    By  *Electronically Filed January 8, 2015*
                        JONLYN M. MARTINEZ
                        Attorneys for Defendant Fitzgerald
                        Post Office Box 1805
                        Albuquerque, NM 87103-1805
                        (505) 247-9488