# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Steven C. Yarbrough
## United States Magistrate Judge

### Clerk's Minutes

14cv964 KG/SCY

*Hernandez v. City of Albuquerque et al.*
February 25, 2015

**PLAINTIFF'S ATTORNEY PRESENT:**     Anna Martinez

**DEFENDANT'S ATTORNEY PRESENT:**     Trisha Walker, Jonlyn Martinez, Patricia Williams

**TYPE OF PROCEEDING:**     Status Conference
Total Time – 20 Minutes

**COURT'S NOTES/RULINGS:**

- The Court will schedule a settlement conference on April 16, 2015 at 9:00 a.m.
- Defense counsel will provide Plaintiff's counsel with a list of the materials they need before continuing the deposition of Plaintiff.
- The Court asked Defense counsel to try and keep the remainder of Plaintiff's deposition under five hours, but the Court decided not to enter an order imposing a strict time limit on the deposition.
- The Court concluded the conference.