**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ALFONSO HERNANDEZ,

    Plaintiff,

vs.                                                                                                    NO. CIV-14-964-KG/SCY

CITY OF ALBUQUERQUE, et al.

    Defendants.

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on April 24, 2015, Defendant Fitzgerald's Answers and Responses to Plaintiff's Amended First Set of Interrogatories, Request for Production, and Request for Admission; as well as Defendant Fitzgerald's Answers to Plaintiff's Second Set of Interrogatories, Request for Production, and Request for Admission; together with a copy of this Certificate of Service, were sent via electronic mail to Plaintiff's counsel of record at the following address:

    Anna C. Martinez
    P.O. Box 25304
    Albuquerque, NM 87125-0304
    (505) 750-8005
    anna@aequitas.pro

    Respectfully submitted,

    LAW OFFICE OF JONLYN M. MARTINEZ, LLC

    By  *Electronically Filed April 24, 2015*
        JONLYN M. MARTINEZ
        Attorneys for Defendant Fitzgerald
        Post Office Box 1805
        Albuquerque, NM 87103-1805
        (505) 247-9488