## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

    Plaintiff,

vs.                                                                              No. CIV-14-964 KG-SCY

CITY OF ALBUQUERQUE,
a Municipal Entity Organized Under
the Laws of the State of New Mexico
and its subsidiaries the Albuquerque
Police Department,

ANDY FITZGERALD,
in his individual capacity as a security officer
employed by the Albuquerque Transit Dept.,
Security Div.,

AKEEM POWDRELL,
in his individual capacity as a security officer
employed by the Albuquerque Transit Dept.,
Security Div.,

DANIEL GALVAN,
in his individual capacity as an officer
employed by the Albuquerque Police Dept.,

AMY MARKWICK,
in her individual capacity as an officer
employed by the Albuquerque Police Dept.,

    Defendants.

## ORDER APPROVING JOINT MOTION TO ADJUST CERTAIN DEADLINES

    This matter having come before the Court on the parties' Joint Motion to Adjust Certain Deadlines ("Motion"), the Court having reviewed the Motion and being otherwise advised in the premises finds the Motion is well taken.

    IT IS THEREFORE ORDERED:

1.	the deadline for taking the depositions of Defendants, Renee Ronquillo, Mr. Herrick, medical providers and the continuation of Plaintiff's deposition be extended to December 18, 2015;

2.	the deadline for filing motions related to discovery be extended to January 22, 2016;

3.	the deadline for filing pretrial motions, other than discovery motions (including motions that may require a <u>Daubert</u> hearing), be extended to February 5, 2016.

4.	the deadline for Plaintiff to send the Pretrial Order to Defendants be extended to March 4, 2016; and

5.	the deadline for Defendants to send the Pretrial Order to the Court be extended to March 18, 2016.

_____
STEVEN C. YARBROUGH
UNITED STATE MAGISTRATE JUDGE