IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

    Plaintiff,

v.                                            Case No. 14-cv-964 KG/SCY

CITY OF ALBUQUERQUE, *et al.*,

    Defendants.

## ORDER SETTING MOTION HEARING

        THIS MATTER is before the Court on Defendant Andy Fitzgerald's Motion to Compel complete discovery responses from Plaintiff Alfonso Hernandez (*Doc. 28*). At the July 28, 2015 motion hearing, counsel for Defendant Fitzgerald, represented that she had not received supplemental discovery from Plaintiff as required under the Court's June 2, 2015 order granting Defendant Fitzgerald's motion to compel. *Doc. 43, 57*. The Court asked the parties to meet and confer to see if they could resolve and/or narrow what discovery still needed to be exchanged. On August 12, 2015, counsel for Defendant Fitzgerald sent the Court a letter stating that she informed Plaintiff's counsel that she "required supplemental of all items listed in the Court's Order of June 2, 2015," but had not received this supplementation. It is not clear from the letter whether counsel for Defendant Fitzgerald met and conferred with Plaintiff's counsel as the Court requested.

        Nevertheless, to expedite the resolution of this matter, which has been outstanding for over four months, the Court will hold a motion hearing on this matter on **October 7, 2015 at 10:30 a.m.** in the Hondo Courtroom located at the Pete V. Domenici United States Courthouse, 333 Lomas Boulevard, N.W., Albuquerque, NM 87102. At this hearing, Plaintiff and Defendant Fitzgerald shall be prepared to discuss **in detail** what discovery still needs to be exchanged under

the Court's June 2, 2015 Order. **The parties shall keep their schedules open through the end of the day to ensure that adequate time is available to resolve any outstanding disputes.**

    **IT IS SO ORDERED.**

_____
STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE