IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

    Plaintiff,

v.                                                                                          Case No. 14-cv-964 KG/SCY

CITY OF ALBUQUERQUE, *et al.*,

    Defendants.

## ORDER SETTING MOTION HEARING

On October 7, 2015, the Court held a hearing on Defendant Andy Fitzgerald's Motion to Compel complete discovery responses from Plaintiff Alfonso Hernandez. (ECF Nos. 66, 67) Plaintiff's counsel failed to appear at the hearing. The Court issued an Order to Show Cause (ECF No. 68), and Plaintiff's counsel subsequently filed a written response on October 9, 2015.

The motion hearing in this matter is hereby reset for **October 15, 2015 at 1:30 p.m.** in the Hondo Courtroom located at the Pete V. Domenici United States Courthouse, 333 Lomas Boulevard, N.W., Albuquerque, NM 87102. At this hearing, Plaintiff and Defendant Fitzgerald shall be prepared to discuss **in detail** what discovery still needs to be exchanged under the Court's June 2, 2015 Order (ECF No. 43). In addition, the Court orders counsel for Defendant Andy Fitzgerald and Defendant Akeem Powdrell to submit affidavits prior to the October 15, 2015 hearing of their costs and fees associated with attending the hearing on October 7, 2015, at which Plaintiff's counsel failed to appear.

    IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE