IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

    Plaintiff,

vs.                                        NO. CIV-14-964 KG/SCY

CITY OF ALBUQUERQUE, et al.

    Defendants.

**AFFIDAVIT OF JONLYN M. MARTINEZ DETAILING
ATTORNEY FEES INCURRED FOR OCTOBER 7, 2015 HEARING**

STATE OF NEW MEXICO    )
                                   ) ss.
COUNTY OF BERNALILLO    )

    Jonlyn M. Martinez, being duly sworn upon her oath, deposes and states as follows:

1.     I am counsel for the Defendant Fitzgerald in this matter.

2.     Counsel appeared at a hearing set for October 7, 2015 regarding Defendant Andy Fitzgerald's Motion to Compel complete discovery responses from Plaintiff Alfonso Hernandez. (Doc. Nos. 66, 67).

3.     Counsel for the Plaintiff did not appear at the October 7, 2015 hearing.

4.     The Court Filed an Order Setting Motion Hearing on October 13, 2015 (Doc. No. 70). In the Order, the Court requested an affidavit from this office regarding the costs associated with attending the hearing on October 7, 2015.

5.     I spent 1.9 hours preparing for and attending the hearing on October 7, 2015. My billing rate is $170 per hour. My paralegal spent, Amber Bryan, spent .3 hours reviewing emails

1

from counsel to make sure all discovery supplementation was reviewed in preparation for the hearing. Ms. Bryan's billing rate is $50 per hour. My legal assistant, Lauren Barteau, prepared a notebook for the hearing containing all correspondence and discovery. She spent one hour preparing this notebook. Her billing rate is $45 per hour. Therefore, Defendant Fitzgerald attorneys' fees in connection with the work expended by my office is $383.00 plus applicable New Mexico gross receipts tax of $27.53, for a total of $410.53.

_____
JONLYN M. MARTINEZ

SUBSCRIBED AND SWORN TO before me this 15th day of October, 2015 by Jonlyn M. Martinez.

_____
NOTARY PUBLIC

My commission expires:

Jan. 17, 2016

