IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

    Plaintiff,

                                      NO. CIV-14-964 KG/SCY

CITY OF ALBUQUERQUE, et al.

    Defendants.

## NOTICE OF LODGING OF "Exhibit C" TO DEFENDANTS' CITY OF ALBUQUERQUE, GALVAN, AND MARKWICK'S MOTION FOR SUMMARY JUDGMENT

**COME NOW**, Defendants City of Albuquerque, Daniel Galvan and Amy Markwick, by and through their attorney, Trisha A. Walker, Assistant City Attorney, and hereby submit a Notice of Lodging of "Exhibit C" (Officer Daniel Galvan's Lapel Video Recording of call on August 30, 2012) to Defendants City of Albuquerque, Galvan and Markwick's Motion for Summary Judgment [Doc. 73] which will be hand- delivered to the Clerk of the United States District Court for the District of New Mexico on October 21, 2015.

                                        Respectfully submitted,

                                        **CITY OF ALBUQUERQUE**
                                        Jessica M. Hernandez, City Attorney


                                        /s/ Trisha A. Walker
                                        Assistant City Attorney
                                        P.O. Box 2248
                                        Albuquerque, New Mexico 87103
                                        (505) 768-4500; fax (505) 768-4440
                                        *Attorney for Defendants City of Albuquerque, Daniel Galvan and Amy Markwick*

I hereby certify that a true and correct copy of this pleading was served on all counsel of record via CM/ECF system on October 21, 2015 and a copy of the Lapel video was send via U.S. Mail on October 21, 2015 to:

Anna C. Martinez
Aequitas Law, LLC
P.O. Box 25304
Albuquerque, NM 87125
(505) 750-8005
anna@aequitas.pro
*Attorney for Plaintiff*

Jonlyn M. Martinez
PO Box 1805
Albuquerque, New Mexico  87103-1805
(505) 247-9488
jonlyn@jmartinezlaw.net
*Attorney for Defendant Andy Fitzgerald*

Patricia G. Williams, Esq.
Wiggins, Williams & Wiggins, P.C
P.O. Box 1308
Albuquerque NM 87103
(505) 768-8400
*Attorney for Defendant Akeem Powdrell*


/s/ Trisha A. Walker, Assistant City Attorney