IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

    Plaintiff,

v.                                                                                         CIV. No. 14-964 KG/SCY

CITY OF ALBUQUERQUE *et al.*,

    Defendants.

**ORDER**

On June 2, 2015, the Court entered an order granting Defendant Andy Fitzgerald's Motion to Compel complete discovery responses from Plaintiff. (ECF No. 43) The Court subsequently scheduled a hearing on October 7, 2015 to resolve outstanding discovery disputes that remained between the parties in connection with Defendant Fitzgerald's motion to compel. (ECF No. 66) Plaintiff's counsel failed to appear at the October 7, 2015 hearing. (ECF No. 67) The Court entered an Order to Show Cause (ECF No. 68), and Plaintiff's counsel submitted a response to the Court's order on October 9, 2015. (ECF No. 69)

The Court subsequently held a hearing on October 15, 2015, at which all parties appeared. (ECF No. 73) The Court entered oral rulings from the bench with respect to all outstanding discovery disputes. (*Id.*) Consistent with the Court's rulings from the bench, Plaintiff is hereby ordered to provide complete and verified discovery responses on or by October 23, 2015.

Plaintiff's counsel is further ordered to reimburse Defendant Akeem Powdrell's counsel, Patricia Williams, $182.22 by October 23, 2015 in connection with Plaintiff's counsel's failure to appear at the prior hearing.

Defendant Andy Fitzgerald's counsel, Jonlyn Martinez, is hereby ordered to submit an affidavit by October 23, 2015 detailing the costs and fees incurred in connection with Defendant Fitzgerald's motion to compel.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE