IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

    Plaintiff,

v.                                                                                        CIV. No. 14-964 KG/SCY

CITY OF ALBUQUERQUE,
ANDY FITZGERALD,
and AKEEM POWDRELL,

    Defendants.

## ORDER SETTING MOTIONS HEARING

**THIS MATTER** is before the Court on Defendant Andy Fitzgerald's Motion to Dismiss Party for Discovery Violations (ECF No. 95) and Defendant Akeem Powdrell's Notice of Joinder to Defendant Fitzgerald's Motion to Dismiss (ECF No. 96). The Court will hold a motions hearing on these matters on **March 4, 2016 at 9:30 a.m.** in the Hondo Courtroom located at the Pete V. Domenici United States Courthouse, 333 Lomas Boulevard, N.W., Albuquerque, NM 87102.

In addition to hearing arguments on the above motions, the Court will address the failure of Plaintiff's former counsel, Anna Martinez, to comply with the Court's previous Orders to reimburse opposing counsel.[1] *See* ECF Nos. 77, 94. Therefore, the Court orders Anna Martinez to personally appear at the hearing and show cause as to why she has failed to comply with the Court's previous Orders to reimburse opposing counsel. Ms. Martinez's attendance will not be required if she timely pays the sanctions owed and, by March 1, 2016, submits written confirmation of payment to the Court. Ms. Martinez may submit this written confirmation by

---

[1] Counsel for Defendant Powdrell is mistaken as to the amounts Ms. Martinez has been ordered to reimburse opposing counsel in connection with her failure to appear at a prior hearing. The Court ordered Ms. Martinez to reimburse Defendant Powdrell's counsel $182.22 (ECF No. 77) and Defendant Fitzgerald's counsel $410.53 (ECF No. 94).

filing it with the Clerk, faxing it to my chambers at (505) 348-2275, or emailing it to scyproposedtext@nmcourt.fed.us. Failure to comply with this Order shall constitute an independent basis for sanctions.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE