IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

    Plaintiff,

vs.                                            CIV-14-964 KG/SCY

CITY OF ALBUQUERQUE, et al.

    Defendants.

**DEFENDANT FITZGERALD'S COSTS AND FEES INCURRED IN OBTAINING THE RELIEF CONTAINED IN THE COURT'S ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION [Document No. 111]**

    Defendant Fitzgerald, by and through his counsel of record, Law Office of Jonlyn M. Martinez, LLC, hereby submits an Affidavit concerning the costs and fees incurred in obtaining the relief in the Court's Order Adopting Magistrate Judge's Proposed Findings And Recommended Disposition, [Document No. 111] entered on September 28, 2016.   The Affidavit regarding the time for all employees of the Law Office of Jonlyn M. Martinez, LLC associated with the investigation of public records and attending the hearing on March 4, 2016 is attached hereto as *Exhibit A*.

                                                Respectfully submitted,

                                                LAW OFFICE OF JONLYN M. MARTINEZ, LLC

                                                By:   */s/ Filed Electronically on October 03, 2016*
                                                         Jonlyn M. Martinez
                                                         Post Office Box 1805
                                                         Albuquerque, NM   87103
                                                         (505) 247-9488
                                                         *Attorneys for Defendant Fitzgerald*

I hereby certify that a copy of the
foregoing was served via CM/ECF
to all counsel of record in October 03, 2016:

        /s/