IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

    Plaintiff,

v.                                        No. Civ. 14-964 KG/SCY

CITY OF ALBUQUERQUE, et al.,

    Defendants.

## ORDER

**THIS MATTER** is before the Court on its Order denying Defendants' Motion to Dismiss for Discovery Violations and directing counsel for Defendants to submit affidavits detailing the reasonable expenses incurred in their preparation for and attendance at the March 4, 2016 hearing, as well as the reasonable expenses incurred by Defendant Fitzgerald in connection with his public records investigation. (Doc. 111). Counsel for Defendants have each timely submitted affidavits and Plaintiff has not filed any objections to the amounts set forth in the affidavits. The Court finds that the expenses outlined in the affidavits are reasonable. **IT IS THEREFORE ORDERED THAT**:

1. Plaintiff shall pay $3257.47 to counsel for Defendant Andy Fitzgerald.

2. Plaintiff shall pay $638.51 to counsel for Defendant Akeem Powdrell.

3. Plaintiff shall pay $437.50 to counsel for Defendant City of Albuquerque.

4. The payments must be made within fifteen business days of entry of this Order.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE