IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


**ALFONSO HERNANDEZ,**

        **Plaintiff,**

vs.                          No. CIV 14-964 KG/SCY

**CITY OF ALBUQUERQUE,**
**a Municipal Entity Organized Under**
**the Laws of the State of New Mexico**
**and its subsidiaries the Albuquerque**
**the Albuquerque**
**Police Department,**

**ANDY FITZGERALD,**
**in his individual capacity as an security officer**
**employed by the Albuquerque Transit Dept.,**
**Security Div.,**

**AKEEM POWDRELL,**
**in his individual capacity as an security officer**
**employed by the Albuquerque Transit Dept.,**
**Security Div.,**

        **Defendants.**

## NOTICE OF ATTORNEY SUBSTITUTION BY PLAINTIFF SUBSTITUTING ATTORNEY ANNA C. MARTINEZ FOR ATTORNEY ALBERT L. HUTCHINSON, JR.,

      Plaintiff, through Counsel Albert L. Hutchinson, Jr., AEQUITAS LAW, LLC, and Anna C. Martinez, AEQUITAS LAW, LLC, hereby notifies the Court that he is substituting Anna C. Martinez for Albert L. Hutchinson, Jr. as counsel of record on behalf of Plaintiff. In support of this request, undersigned counsel respectfully requests that the Court take notice that he is leaving the private practice of law and that Anna C. Martinez is accepting the remaining cases in which he is counsel of record. Plaintiff Alfonso Hernandez has been provided notice of this substitution and does not object to hereto.

Respectfully Submitted,'
**AEQUITAS LAW, LLC**

"**Electronically Filed**"
/s/ Anna C. Martinez
Attorney for Plaintiff
P.O. Box 25304
Albuquerque, NM 87125
505.750.8005
anna@aequitas.pro

I hereby certify that a true and correct copy was filed via the Court's EM/ECF e-filing system and sent to all counsel of record via the same on the date indicated in the header.

"**Electronically Filed**"
/s/ Anna C. Martinez

2