**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**ALFONSO HERNANDEZ,**
          **Plaintiff,**

**vs.**                                            **NO. CIV-14-964 KG/SCY**

**CITY OF ALBUQUERQUE,** *et al.*,
          **Defendants.**

## NOTICE OF COMPLIANCE

Plaintiff Alfonso Hernandez hereby certifies to the Court that he caused payment of sanctions to each of Defendants, care of their respective attorneys, to be hand delivered on Friday, October 28, 2016.

                                                      Respectfully Submitted,'
                                                      **AEQUITAS LAW, LLC**

                                                      "**Electronically Filed**"
                                                      /s/ Anna C. Martinez
                                                      Attorney for Plaintiff
                                                      P.O. Box 25304
                                                      Albuquerque, NM 87125
                                                      505.750.8005
                                                      anna@aequitas.pro

I hereby certify that a true and correct copy was filed via the Court's EM/ECF e-filing system and sent to all counsel of record via the same on the date indicated in the header.

"**Electronically Filed**"
/s/ Anna C. Martinez

1