IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

    Plaintiff,

vs.                                                                                  Civ. No. 14-964 KG/SCY

CITY OF ALBUQUERQUE, et al.,

    Defendants.

## ORDER OF PARTIAL DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS DANIEL GALVAN AND AMY MARKWICK

This matter is before the Court on Plaintiff Alfonso Hernandez's Notice of Dismissal, With Prejudice, of All Claims Made against Defendant Daniel Galvan and Defendant Amy Markwick, filed on November 17, 2015. (Doc. 92).

IT IS ORDERED that

1. Count II: Negligent Hiring, Training, Supervision Resulting in Violations of the New Mexico Tort Claims Act is dismissed in its entirety with prejudice;

2. Count VI: False Arrest and/or False Imprisonment under the New Mexico Tort Claims Act is dismissed in its entirety with prejudice;

3. Count IX: Deprivation of Civil Rights under 42 U.S.C. Section 1983 False Arrest/False Imprisonment is dismissed in its entirety with prejudice;

4. Count X: *Monell* Claim under 42 U.S.C. Section 1983 Resulting in the Deprivation of Civil Rights is dismissed as it relates to Defendants Galvan and Markwick; and

5. Defendants Galvan and Markwick are dismissed entirely from this matter and their names will be stricken from the caption of this case.

_____
UNITED STATES DISTRICT JUDGE