IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

    Plaintiff,

vs.                                                                                          Civ. No. 14-0964 KG/SCY

ANDY FITZGERALD, *in his individual capacity*
*as a security officer employed by the*
*Albuquerque Transit Dept. Security Div.*,

    Defendant.

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **THURSDAY, JANUARY 17, 2019, AT 10:00 AM**. The parties shall call the AT&T conference line at 888-398-2342, access code 9614892, to be connected to the proceedings.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE