IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

      Plaintiff,

vs.                                                                                          Civ. No. 14-0964 KG/SCY

ANDY FITZGERALD, *in his individual capacity*
*as a security officer employed by the*
*Albuquerque Transit Dept. Security Div.,*

      Defendant.

FOURTH AMENDED ORDER SETTING A
STATUS CONFERENCE AND MOTIONS HEARING

    IT IS HEREBY ORDERED that a status conference/motions hearing in which rulings will

be announced will be held by telephone on **WEDNESDAY, JANUARY 30, 2019, AT 2:00 PM**.

No argument on the motions by counsel will be necessary.   The parties shall call the AT&T

conference line at 888-398-2342, access code 9614892, to be connected to the proceedings.

_____
UNITED STATES DISTRICT JUDGE