# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**ALFONSO HERNANDEZ,**

    **Plaintiff,**

**v.**                                                                                    **Case No.: 14-cv-00964 KG/SCY**

**ANDY FITZGERALD,**

    **Defendant.**

### PLAINTIFF ALFONSO HERNANDEZ'S FINAL EXHIBIT LIST

Plaintiff, Alfonso Hernandez, by and through his attorneys of record, GORENCE & OLIVEROS, P.C. (Louren Oliveros) and AEQUITAS LAW, LLC (Anna C. Martinez), hereby submits his Final Exhibit List as follows

| EXHIBIT NUMBER | DESCRIPTION OF THE EXHIBIT |
| --- | --- |
| 1 | Cell Phone Recording of assault |
| 2 | Daniel Galvan Lapel Video related to the assault |
| 3 | Audio Recording |
| 4 | Photos of the Bus Stop where assault occurred |
| 5 | Aerial Shot of the Bus Stop where assault occurred |
| 6 | Photographs of Alfonso Hernandez after the assault |
| 7 | Criminal Complaint related to the assault |
| 8 | Transit Department Security Section's Standard Operating Procedures |
| 9 | Hernandez Medical Records |
| 10 | Any exhibits necessary for impeachment |

| | |
|---|---|
| 11 | Any exhibits necessary for rebuttal |
| 12 | Any exhibits identified by the Defendants |
| 13 | This list may be supplemented |

Respectfully submitted,

GORENCE & OLIVEROS, P.C.

/s/Louren Oliveros
Louren Oliveros
300 Central Avenue SW, Suite 1000E
Albuquerque, New Mexico 87102
Telephone: (505)244-0214
Facsimile: (505)244-0888
oliveros@golaw.us

and

Anna C. Martinez
AEQUITAS LAW, LLC
P.O. Box 23504
Albuquerque, New Mexico 87125

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2019, I filed the foregoing through this Court's CM/ECF filing system causing an electronic copy of the foregoing to be served upon all counsel of record.

*/s/ Louren Oliveros*