IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

      Plaintiff,

vs.                                                                                  Civ. No. 14-0964 KG/SCY

ANDY FITZGERALD, *in his individual capacity*
*as a security officer employed by the*
*Albuquerque Transit Dept. Security Div.*,

      Defendant.

ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **WEDNESDAY, FEBRUARY 20, 2019, AT 1:30 PM**. The parties shall call the AT&T conference line at 888-398-2342, access code 9614892, to be connected to the proceedings.

                                                                                  _____
                                                                                  UNITED STATES DISTRICT JUDGE