IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

    Plaintiff,

v.                                                                                                                Civ. No. 14-964 KG/SCY

ANDY FITZGERALD,

    Defendant.

## ORDER REGARDING
## OBJECTIONS TO DEPOSITION DESIGNATIONS

This matter is before the Court on Defendant's Objections To Plaintiff's Notice Of Designation Of Use Of Deposition Testimony At Trial (Doc. 258) and Plaintiff's Objections To Defendant's Designation Of Deposition Testimony (Doc. 259).[1] The Court held a hearing on the Objections on May 20, 2019 at 1:30 pm. Having heard from the parties, the Court issues the following rulings for the reasons stated on the record.

| Designation | Designated by | Objection | Ruling |
|---|---|---|---|
| Vol. I | | | |
| 5:1-6:1-7 | Plaintiff | Yes | Admitted as background information. |
| 6:8-10 | Plaintiff | Yes | Excluded as personal information and not relevant. |
| 6:11-19 | Plaintiff | Yes | Admitted as background information. |
| 6:20-9:1 | Plaintiff | Yes | Excluded as not responsive. |
| 9:2-10:6 | Plaintiff & Defendant | Yes | Admitted as a joint designation. Plaintiff's withdrawal of cross-designation is overruled as untimely. |
| 10:7-10:21 | Plaintiff | Yes | Excluded because it is not testimony. |
| 10:22-11:2 | Plaintiff & Defendant | Yes | Admitted as joint designation.[2] |

---

[1] Pursuant to 28 U.S.C. § 636(c), the parties consented to the undersigned to conduct proceedings on "Objections to deposition designations of Michael Herrick of both parties." Doc. 255.

[2] Defendant made a general objection to pages 5:1 to 29:14. Doc. 258 at 1. At the hearing, Defendant clarified that the general objection does not apply to the specific portions of the transcript that he designated within those pages. *See* Doc. 256 at 1.

| | | | |
|---|---|---|---|
| 11:3-11:13 | Plaintiff | Yes | Admitted because how Michael Herrick met Plaintiff is relevant. |
| 11:14-22 | Plaintiff & Defendant | Yes | Admitted as joint designation. |
| 11:23-12:10 | Plaintiff | Yes | Excluded. |
| 12:11-12:13 | Plaintiff | Yes | Admitted because Herrick is explaining how he got his knowledge, with cross-reference to vol II, page 104. |
| 12:14-12:16 | Plaintiff | Yes | Excluded. |
| 12:18-20 | Plaintiff & Defendant | Yes | Admitted as joint designation. |
| 12:21-12:23 | Plaintiff | Yes | Admitted as relevant to Herrick's memory and knowledge. |
| 12:24-13:1 | Plaintiff & Defendant | Yes | Admitted as joint designation. |
| 13:2-13:10 | Plaintiff | Yes | Admitted as relevant to Herrick's information and memory about the case. |
| 13:11-13 | Plaintiff & Defendant | Yes | Admitted as joint designation. |
| 13:14-25 | Plaintiff | Yes | Excluded as not relevant. |
| 14:1-24 | Plaintiff & Defendant | Yes | Admitted as joint designation. |
| 14:25 | Neither | Yes | Admitted to explain context. |
| 15:1-2 | Plaintiff | Yes | Admitted to explain context. |
| 15:3-14 | Plaintiff & Defendant | Yes | Admitted as joint designation. |
| 15:15-24 | Plaintiff | Yes | Admitted as relevant. |
| 15:25-16:17 | Plaintiff & Defendant | Yes | Admitted as joint designation. |
| 16:18-17:11 | Plaintiff | Yes | Admitted as relevant. |
| 17:12-18:21 | Plaintiff & Defendant | Yes | Admitted as joint designation. |
| 18:22-19:10 | Plaintiff | Yes | Excluded as hearsay. |
| 19:11-16 | Plaintiff | Yes | Admitted as relevant. |
| 19:17-21:5 | Plaintiff & Defendant | Yes | Admitted as joint designation. |
| 21:6-21:8 | Plaintiff | Yes | Admitted upon Defendant's withdrawal of objection. |
| 21:9-23:5 | Plaintiff & Defendant | Yes | Admitted as joint designation. |
| 23:6-23:11 | Plaintiff | Yes | Admitted as relevant to audio that will be played at trial. |
| 23:12-24:7 | Plaintiff & Defendant | Yes | Admitted as joint designation. |
| 24:8-13 | Plaintiff | Yes | Admitted as relevant. |

| | | | |
|---|---|---|---|
| 24:24-25:11 | Plaintiff | Yes | Excluded as not relevant. |
| 25:12-26:19 | Plaintiff & Defendant | Yes | Admitted as joint designation. |
| 26:20-27:16 | Plaintiff | Yes | Admitted as relevant to audio that will be played at trial. |
| 27:17-29:14 | Plaintiff & Defendant | Yes | Admitted as joint designation. |
| 30:7-17 | Plaintiff | Yes | Excluded because attached question was not designated and because while Herrick's knowledge of how Plaintiff speaks could be relevant, evidence that he is Catholic is not relevant and gives rise to concerns under FRE 610. |
| 30:18-33:5 | Plaintiff & Defendant | | Admitted as joint designation. |
| 33:6-15 | Plaintiff | | Admitted as relevant. |
| 33:17-34:3 | Defendant | Yes | Excluded because Herrick lacks knowledge. |
| 34:4-34:16 | Plaintiff & Defendant | | Admitted as joint designation. |
| 34:17-35:4 | Plaintiff | | Admitted as relevant to audio that will be played at trial. |
| 35:5-24 | Plaintiff & Defendant | | Admitted as joint designation. |
| 36:1-25 | Plaintiff | Yes | Admitted as relevant to audio that will be played at trial; mentions of religion are incidental. |
| 37:1-3 | Plaintiff | Yes | Excluded as irrelevant. |
| 37:4-5 | Plaintiff | Yes | Admitted as relevant. |
| 37:6-38:12 | Plaintiff & Defendant | | Admitted as joint designation. |
| 38:13-15 | Plaintiff | Yes | Excluded as irrelevant. |
| Vol. II | | | |
| 50:1-50:10 | Plaintiff | | Admitted. |
| 50:11-21 | Plaintiff & Defendant | | Admitted as joint designation. |
| 50:22-52:19 | Defendant | Yes | Admitted for impeachment evidence for the reasons stated on the record. |
| 52:20-53:6 | Plaintiff & Defendant | | Admitted as joint designation. |
| 53:7-54:6 | Plaintiff | | Admitted without objection. |
| 54:7-55:8 | Defendant | Yes | Admitted for impeachment evidence. |
| 56:2-25 | Defendant | Yes | Admitted for impeachment evidence. |
| 58:3-58:16 | Defendant | Yes | Admitted for impeachment evidence. |
| 62:11-62:12 | Plaintiff | | Admitted without objection. |
| 62:13-16 | Plaintiff & Defendant | | Admitted as joint designation. |

| Lines | Designated By | Objection | Ruling |
|---|---|---|---|
| 62:17-63:11 | Plaintiff | | Admitted without objection. |
| 63:12-17 | Plaintiff & Defendant | | Admitted as joint designation. |
| 63:18-63:25 | Plaintiff | | Admitted without objection. |
| 64:1-4 | Plaintiff | Yes | Admitted because it gives context to prior testimony. |
| 64:5-66:14 | Plaintiff | Yes | Excluded as an out-of-court statement between counsel and Herrick. |
| 66:15-66:22 | Plaintiff | | Admitted without objection. |
| 66:23-67:4 | Plaintiff & Defendant | | Admitted as joint designation. |
| 67:5-69:13 | Plaintiff | | Admitted without objection. |
| 69:14-70:15 | Plaintiff & Defendant | | Admitted as joint designation. |
| 70:16-70:18 | Defendant | Yes | Excluded as so marginally relevant that it is not useful. |
| 70:22-71:8 | Plaintiff | | Admitted without objection. |
| 71:9-72:4 | Plaintiff & Defendant | | Admitted as joint designation. |
| 72:5-14 | Plaintiff | | Admitted without objection. |
| 72:15-19 | Plaintiff | Yes | Admitted to provide context to the audio recording that will be played at trial. |
| 72:20-24 | Plaintiff | Yes | Excluded as irrelevant. |
| 78:3-21 | Defendant | Yes | Admitted for impeachment. |
| 78:22-79:1 | Defendant | Yes | Excluded as relating to a conviction. |
| 79:19-80:3 | Defendant | Yes | Admitted for impeachment. |
| 82:23-83:9 | Defendant | Yes | Admitted for impeachment. |
| 83:10-20 | Defendant | Yes | Excluded as relating to a conviction. |
| 84:1-7 | Defendant | Yes | Admitted for impeachment. |
| 86:2-18 | Defendant | Yes | Excluded because it's not related to APD or the City. |
| 87:1-13 | Defendant | Yes | Excluded because it's not related to APD or the City. |
| 87:14-21 | Defendant | Yes | Admitted for impeachment. |
| 88:3-12 | Defendant | Yes | Admitted for impeachment. |
| 90:6-14 | Defendant | Yes | Excluded because it's not related to APD or the City.[3] |
| 99:10-24 | Defendant | Yes | Excluded because it's not related to APD or the City. |

---

[3] The Court previously took lines 90:6-14, 99:10-24, and 99:25-100:25 under advisement because it is unclear whether these arrests or warrants relate to the City of Albuquerque. *See* Clerk's Minutes, Doc. 262 at 6. On consideration, the Court will sustain Plaintiff's objection to these portions of the transcript and exclude them.

| | | | |
|---|---|---|---|
| 99:25-100:25 | Defendant | Yes | Excluded because it's not related to APD or the City. |
| 103:5-104:15 | Defendant | Yes | Excluded as irrelevant and not related to APD. |
| 104:16-105:5 | Plaintiff | Yes | Admitted in connection with page 12 of volume 1. |
| 105:6-105:25 | Plaintiff & Defendant | | Admitted as joint designation. |
| 106:1-6 | Defendant | | Admitted without objection. |
| 106:7-14 | Defendant | Yes | Admitted for impeachment. |
| 106:15-108:9 | Defendant | Yes | By 5 pm on May 22, 2019, Defendant shall provide the Court with the specific portions of this designation that are relevant to August of 2012. Relevant sections shall be admitted as impeachment. |
| 109:4-9 | Defendant | Yes | By 5 pm on May 22, 2019, Defendant shall provide the Court with the specific portions of this designation that are relevant to August of 2012. Relevant sections shall be admitted as impeachment. |
| 109:10-109:23 | Plaintiff & Defendant | | Admitted as joint designation. |
| 109:24-115:13 | Defendant | Yes | By 5 pm on May 22, 2019, Defendant shall provide the Court with the specific portions of this designation that are relevant to August of 2012. Relevant sections shall be admitted as impeachment. |
| 115:14-116:19 | Plaintiff | | Admitted without objection. |
| 116:20-117:2 | Plaintiff & Defendant | | Admitted as joint designation. |
| 117:16-25 | Defendant | | Admitted without objection. |
| 118:12-119:2 | Defendant | Yes | Admitted for impeachment. |

At the hearing on May 20, 2019, Plaintiff represented that he may not call Mr. Herrick at trial in light of the Court's rulings as set forth above. Therefore, the parties shall confer and if necessary, submit competing transcripts by 5:00 pm on Wednesday, May 22, 2019. The parties are not required to prepare the corresponding video designations. If Plaintiff advises that he will not call Mr. Herrick at trial, Defendant's counsel shall submit a transcript for review without the impeachment evidence as described above.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

5