**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**ALFONSO HERNANDEZ,**

        **Plaintiff,**

vs.                                              No. CIV 14-964 KG/SCY

**ANDY FITZGERALD, in his individual
capacity as a security officer employed
by the Albuquerque Transit Dept., Security Div.,**

        **Defendant.**

## NOTICE OF APPEAL

Plaintiff, by and through her attorneys of record, Gorence & Oliveros, P.C. (Louren Oliveros and Amye G. Green) and Aequitas Law of New Mexico (Anna C. Martinez hereby gives notice of his intent to appeal the Judgment following the jury trial held from May 28, 2019 to May 30, 2019 [Doc. 287], which was entered on May 31, 2019, in the above-referenced case, to the United States Court of Appeals for the Tenth Circuit.

        Respectfully submitted,

        GORENCE & OLIVEROS, P.C.

        */s/ Amye G. Green*
        Louren Oliveros
        Amye G. Green
        300 Central Avenue SW, Suite 1000E
        Albuquerque, New Mexico 87102
        Telephone: (505) 244-0214
        oliveros@golaw.us
        green@golaw.us

        —and—

        AEQUITAS LAW OF NEW MEXICO, LLC
        Anna C. Martinez
        P.O. Box 25304
        Albuquerque, NM 87125

(505) 750-8005
anna@aequitas.pro
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of July, 2019, I filed the foregoing electronically through the Court's CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jonlyn M Martinez
Law Office of Jonlyn M Martinez, LLC
P.O. Box 1805
Albuquerque, NM 87103-1805
(505) 247-9488
jonlyn@jmartinezlaw.net
*Attorney for Defendant Andy Fitzgerald*

*/s/ Amye G. Green*
Amye G. Green

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of March, 2019, I filed the foregoing electronically through the Court's CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Juliana M. Barrett
Leah Brownlee Taylor
Trial Attorney, Constitutional Torts Staff
U.S. Department of Justice, Civil Division
Ben Franklin Station
P.O. Box 7146
Washington, D.C. 20044
juliana.m.barrett@usdoj.gov
leah.b.taylor@usdoj.gov

*Attorneys for United States of America*

Mark T. Baker
Carter B. Harrison IV
Peifer, Hanson & Mullins, P.A.
P.O. Box 25245
Albuquerque, NM  87125-5245
mbaker@peiferlaw.com
charrison@peiferlaw.com

*Attorneys for Paul Hernandez*


*/s/ Robert J. Gorence*
Robert J. Gorence