IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALFONSO HERNANDEZ,

    Plaintiff,

vs.                               No. CV 14-964 KG/SCY

ANDY FITZGERALD,

    Defendant.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

This matter comes before the Court *sua sponte*. The Clerk of Court entered its Order Settling Costs in response to Defendant's Cost Bill (Doc. 292) on August 15, 2019. (Doc. 310). The Clerk's Order and Federal Rule of Civil Procedure 54(d)(1) provide that "the court may review the clerk's action" only on "motion served within the next 7 days." Any motion related to the Clerk's Order must be filed no later than **5:00 p.m. on August 22, 2019**. Any response to such a motion must be filed no later than **5:00 p.m. on August 27, 2019**. No reply will be considered.

Any motion or response filed after these deadlines will be deemed untimely and will not be considered.

    IT IS SO ORDERED.

                                                _____
                                                UNITED STATES DISTRICT JUDGE