# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | January 21, 2021 | Jane K. Castro<br>Chief Deputy Clerk |

Mr. Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
333 Lomas N.W.
Albuquerque, NM 87102

**RE:** 19-2102, Hernandez v. Fitzgerald
Dist/Ag docket: 1:14-CV-00964-KG-SCY

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's December 30, 2020 judgment takes effect this date.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc: Kristin J. Dalton
Robert J. Gorence
Amye Gayle Green
Anna C. Martinez
Jonlyn M. Martinez
Louren Oliveros
Patricia G. Williams

CMW/na